Honrorable Judge James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RUEGER and PATRICIA RUEGER, husband and wife, and the marital community thereof,<br><br>Defendants. | Case No. 2:19-cv-01201-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING PROGRESSIVE DIRECT INSURANCE COMPANY'S MOTION TO EXTEND SERVICE DEADLINE AND SERVE BY MAIL |

Before the Court is Plaintiff Progressive Direct Insurance Company's Motion to Extend Service Deadline and Serve By Mail. The Court has reviewed all the briefing and materials submitted by the parties, including:

1. Plaintiff's Motion to Extend Service Deadline and Serve By Mail;

2. Declaration of Eric J. Neal in Support of Plaintiff's Motion to Extend Service Deadline and Serve By Mail and the exhibits attached therewith;

3. _____;

4. _____;

[PROPOSED] ORDER – 1

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1   Having considered the foregoing, as well as the records and pleadings already on file, it is now hereby ORDERED that Motion to Extend Service Deadline and Serve By Mail is GRANTED.

IT IS SO ORDERED.

DATED this 25th day of October, 2019.

_____
UNITED STATES DISTRICT COURT
JUDGE JAMES L. ROBART

Presented by:

LETHER & ASSOCIATES, PLLC

/s/ Thomas Lether
/s/ Eric J. Neal
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA # 31863
1848 Westlake Ave. N., Suite 100
Seattle, WA 98109
Phone: 206 467 5444/ Fax: 206 467 5544
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Plaintiff*